[Docket No. 9]

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

|  |  |
|---|---|
| James River Insurance Co., | |
| Plaintiff, | |
| v. | Civil No. 20-14082 (RMB/AMD) |
| DeCosta Enter. Inc., | **ORDER AND JUDGMENT** |
| Defendant. | |

**RENÉE MARIE BUMB, United States District Judge**

This matter comes before the Court upon the Motion for Default Judgment by James River Insurance Company ("Plaintiff"). [Docket No. 9.] The Court having fully considered Plaintiff's motion, which DeCosta Enterprises, Inc. ("Defendant") does not oppose, and for good cause shown,

**IT IS** this **23rd** day of **November 2021**, hereby

**ORDERED** that Plaintiff's Motion for Default Judgment [Docket No. 9] is **GRANTED**; and it is further

**ORDERED AND ADJUDGED** that the insurance policies issued by Plaintiff, through its agent, Risk Placement Services, Inc., to Defendant (policy number 00088000-0 for the period December 27, 2018 to December 27, 2019, and policy number 00088000-1 for the period December 27, 2019 to December 27, 2020) are hereby rescinded and voided *ab initio*; and is further

**ORDERED AND ADJUDGED** that Plaintiff shall return to Defendant the

premium for such insurance policies in the amount of $9,651.41; and it is further

**ORDERED** that the Clerk of the Court **CLOSE** this matter.


RENÉE MARIE BUMB
United States District Judge